UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DENNIS O'BRIEN, and wife, KAYE O'BRIEN, <br><br> Plaintiffs, <br><br> v. <br><br> NEW ENGLAND COMPOUNDING PHARMACY INC. aka NEW ENGLAND COMPOUNDING CENTER (NECC); MEDICAL SALES MANAGEMENT, INC; AMERIDOSE, LLC; GREGORY CONIGLIARO, individually and d/b/a the above named business organizations; BARRY CADDEN, , individually and d/b/a the above named business organizations; and LISA CADDEN, , individually and d/b/a the above named business organizations; CARLA CONIGLIARO, , individually and d/b/a the above named business organizations; and DOUGLAS CONIGLIARO, , individually and d/b/a the above named business organizations; <br><br> Defendants. | CASE NO. 2:12-cv-00117 <br><br> JUDGE: KEVIN H. SHARP <br><br> **DEFENDANT AMERIDOSE, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Defendant Ameridose, LLC, pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure:

Ameridose does not have any parent corporations and no publicly-held corporation owns 10% or more of Ameridose's stock.

Dated: December 21, 2012

Respectfully submitted,

*/s/ James A. Beakes III*
James A. Beakes III, BPR# 24073
Jim.Beakes@butlersnow.com
BUTLER SNOW O'MARA STEVENS &
CANNADA, PLLC
1200 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219
(615) 503-9100 – Telephone
(615) 503-9101 – Facsimile

OF COUNSEL:

Charles F. Morrow, BPR #13890
chip.morrow@butlersnow.com
Richelle W. Kidder, BPR #30786
richelle.kidder@butlersnow.com
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
(901) 680-7200
(901) 680-7201 (fax)

*Attorneys for Defendant Ameridose, LLC*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on December 21, 2012 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

*/s/ James A. Beakes III*
*Attorney for Defendant Ameridose, LLC*

ButlerSnow 14902332v1