UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DENNIS O'BRIEN and wife, KAYE O'BRIEN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO: 2:12cv0117 |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER, MEDICAL SALES MANAGEMENT, INC., AMERIDOSE, LLC, GREGORY CONIGLIARO, individually and d/b/a the above named business organizations, BARRY CADDEN, individually and d/b/a the above named business organizations, LISA CONIGLIARO CADDEN, individually and d/b/a the above named business organizations; CARLA CONIGLIARO, individually and d/b/a the above named business organizations, DOUGLAS CONIGLIARO, individually and d/b/a the above named business organizations, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JUDGE SHARP |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT OF TIME IN WHICH TO**
**FILE RESPONSIVE PLEADING**

Defendants Medical Sales Management, Inc., Gregory Conigliaro, Barry Cadden, Lisa Conigliaro Cadden, Carla Conigliaro, and Douglas Conigliaro ("Defendants"), pursuant to Fed. R. Civ. P. 6(b)(1)(A), move this Court for an enlargement of time until January 18, 2013 in which to file a responsive pleading to the Complaint. As grounds for this motion, Defendants submit that they have been named in numerous lawsuits in various jurisdictions around the country related to the same alleged set of facts, and they are attempting to respond in a timely

manner to the allegations but need additional time to draft and verify formal pleadings. Additionally, Defendants submit that because the initial case management conference in this matter is not scheduled until February 4, 2013, the extension will not cause any prejudice to Plaintiffs, as responsive pleadings will be filed before that date.

Undersigned counsel represents that she attempted to contact Plaintiffs' counsel by telephone and e-mail several times to determine whether Plaintiffs would agree to the extension but was unsuccessful in communicating with him.

By filing this motion, Defendants do not intend to waive, and specifically reserve, all applicable defenses, including those to jurisdiction.

Based on the foregoing, Defendants respectfully request that this Court allow them until January 18, 2013 to file a responsive pleading to the Complaint.

>Respectfully submitted,
>
>BAKER, DONELSON, BEARMAN,
>CALDWELL & BERKOWITZ, PC
>
>By: *s/Brigid M. Carpenter*_____
>Brigid M. Carpenter, B.P.R. No. 18134
>Carrie W. McCutcheon, B.P.R. No. 24805
>Baker Donelson Center, Suite 800
>211 Commerce Street
>Nashville, Tennessee 37201
>(615) 726-7341
>(615) 744-7341 (facsimile)
>bcarpenter@bakerdonelson.com

Date: December 21, 2012

*Attorneys for Defendants Gregory Conigliaro, Barry Cadden, Lisa Conigliaro Cadden, Carla Conigliaro, and Douglas Conigliaro*

2

N BTM 940216 v1
2924962-000013 12/21/2012
Case 2:12-cv-00117   Document 10   Filed 12/21/12   Page 2 of 3 PageID #: 82

## CERTIFICATE OF SERVICE

I, Brigid M. Carpenter, hereby certify that on this 21st day of December, 2012, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and I served a true and accurate copy of the foregoing document to counsel of record via first class mail and e-mail as follows:

>Mike Walker, Esq.
>5511 Edmondson Pike, Suite 203
>Nashville, TN 37211
>*Attorney for Plaintiffs*
>
>Jim A. Beakes, Esq.
>Butler, Snow, O'Mara, Stevens & Cannada, PLLC
>1200 One Nashville Place
>150 Fourth Avenue, North
>Nashville, TN 37219-3422

this 21st day of December, 2012.

>*s/ Brigid M. Carpenter*
>Brigid M. Carpenter