UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DENNIS O'BRIEN and wife, KAYE O'BRIEN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NEW ENGLAND COMPOUNDING ) <br> PHARMACY, INC. d/b/a NEW ) <br> ENGLAND COMPOUNDING CENTER, ) <br> MEDICAL SALES MANAGEMENT, ) <br> INC., AMERIDOSE, LLC, GREGORY ) <br> CONIGLIARO, individually and d/b/a the ) <br> above named business organizations, ) <br> BARRY CADDEN, individually and ) <br> d/b/a the above named business ) <br> organizations, LISA CONIGLIARO ) <br> CADDEN, individually and d/b/a the ) <br> above named business organizations; ) <br> CARLA CONIGLIARO, individually and ) <br> d/b/a the above named business ) <br> organizations, DOUGLAS ) <br> CONIGLIARO, individually and d/b/a the ) <br> above named business organizations, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO: 2:12cv0117 <br><br> JUDGE SHARP |

**NOTICE OF STAY BY REASON OF BANKRUPTCY**

Defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC") hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division), No. 12-19882-HJB. Pursuant to 11 U.S.C. § 362(a), all actions against NECC are stayed.

N BTM 940447 v1
2924962-000013  12/26/2012

Case 2:12-cv-00117   Document 11   Filed 12/26/12   Page 1 of 2 PageID #: 84

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By: *s/Brigid M. Carpenter*
Brigid M. Carpenter, B.P.R. No. 18134
Carrie W. McCutcheon, B.P.R. No. 24805
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, Tennessee 37201
(615) 726-7341
(615) 744-7341 (facsimile)
bcarpenter@bakerdonelson.com

Date: December 26, 2012.

*Attorneys for Defendants New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of December, 2012, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including:

Mike Walker, Esq.
5511 Edmondson Pike, Suite 203
Nashville, TN 37211

Jim A. Beakes, Esq.
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219-3422

*s/Brigid M. Carpenter*
Brigid M. Carpenter

2