**Motion GRANTED.**
**Time extended to 1/18/13.**

*Kevin H. Sharp*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DENNIS O'BRIEN and wife, KAYE O'BRIEN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: 2:12cv0117 |
| | ) | |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER, MEDICAL SALES MANAGEMENT, INC., AMERIDOSE, LLC, GREGORY CONIGLIARO, individually and d/b/a the above named business organizations, BARRY CADDEN, individually and d/b/a the above named business organizations, LISA CONIGLIARO CADDEN, individually and d/b/a the above named business organizations; CARLA CONIGLIARO, individually and d/b/a the above named business organizations, DOUGLAS CONIGLIARO, individually and d/b/a the above named business organizations, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JUDGE SHARP |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE RESPONSIVE PLEADING

Defendants Medical Sales Management, Inc., Gregory Conigliaro, Barry Cadden, Lisa Conigliaro Cadden, Carla Conigliaro, and Douglas Conigliaro ("Defendants"), pursuant to Fed. R. Civ. P. 6(b)(1)(A), move this Court for an enlargement of time until January 18, 2013 in which to file a responsive pleading to the Complaint. As grounds for this motion, Defendants submit that they have been named in numerous lawsuits in various jurisdictions around the country related to the same alleged set of facts, and they are attempting to respond in a timely