UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DAVID O'BRIEN, et al., ) | |
| ) | NO. 2:12-0117 |
| v. ) | JUDGE SHARP |
| ) | |
| NEW ENGLAND COMPOUNDING ) | |
| PHARMACY, INC., et al., ) | |
| ) | |

**O R D E R**

By Notice of Stay by Reason of Bankruptcy (Docket No. 11), the Court is advised that Defendant New England Compounding Pharmacy, Inc. has sought relief under Chapter 11 of the Bankruptcy Code. The Court having been duly notified, pursuant to 11 U.S.C. § 362, Plaintiffs' claims against Defendant New England Compounding Pharmacy, Inc. are automatically stayed. However, this case shall proceed against remaining Defendants.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE