UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DENNIS O'BRIEN and wife, KAYE O'BRIEN, ) ) ) Plaintiffs, ) ) v. ) ) NEW ENGLAND COMPOUNDING ) PHARMACY, INC. d/b/a NEW ) ENGLAND COMPOUNDING CENTER ) ("NECC"); MEDICAL SALES ) MANAGEMENT, INC.; AMERIDOSE, ) LLC; GREGORY CONIGLIARO, ) individually and d/b/a the above named ) business organizations; BARRY ) CADDEN, individually and d/b/a the ) above named business organizations; ) LISA CONIGLIARO CADDEN, ) individually and d/b/a the above named ) business organizations; CARLA ) CONIGLIARO, individually and d/b/a the ) above named business organizations; ) DOUGLAS CONIGLIARO, individually ) and d/b/a the above named business ) organizations, ) ) Defendants. ) | CIVIL ACTION NO: 2:12cv0117 JUDGE SHARP |

**MOTION FOR ENLARGEMENT OF TIME IN WHICH TO**
**FILE RESPONSIVE PLEADINGS**

Defendants Medical Sales Management, Inc.; Gregory Conigliaro; Barry Cadden; Lisa Conigliaro Cadden; Carla Conigliaro; and Douglas Conigliaro ("Defendants"), pursuant to Fed. R. Civ. P. 6(b)(1)(A), move this Court for an enlargement of time until February 18, 2013 in which to file responsive pleadings to the Complaint. As grounds for this motion, Defendants point out that Defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC") recently filed a voluntary petition under Chapter 11 of Title 11