UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DENNIS O'BRIEN, and wife | * | |
| KAYE O'BRIEN | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CIVIL ACTION NO: 2:12CV0117 |
| | * | |
| NEW ENGLAND COMPOUNDING | * | |
| PHARMACY, INC. d/b/a NEW ENGLAND | * | JUDGE SHARP |
| COMPOUNDING CENTER (NECC); | * | |
| MEDICAL SALES MANAGEMENT, INC; | * | |
| AMERIDOSE, LLC; | * | |
| GREGORY CONIGLIARO, individually and | * | |
| d/b/a the above named business organizations; | * | |
| BARRY CADDEN, individually and d/b/a the | * | |
| above named business organizations; | * | |
| LISA CONIGLIARO CADDEN, individually | * | |
| and d/b/a the above named business | * | |
| organizations; | * | |
| CARLA CONIGLIARO, individually and d/b/a | * | |
| the above named business organizations; and | * | |
| DOUGLAS CONIGLIARO, individually and | * | |
| d/b/a the above named business organizations; | * | |
| | * | |
| Defendants. | * | |

## MOTION TO RESET INITIAL CASE MANAGEMENT CONFERENCE

COME NOW Plaintiffs and move the court to reset the Initial Case Management Conference which is currently set for February 4, 2013 at 11:45 a.m. in Cookeville, TN (Document 3). The court filed the Notice regarding the above on December 14, 2012 before multiple Defendants requested an enlargement of time to file responsive pleadings. The court has now granted multiple Defendants until February 18, 2013 to file responsive pleadings (Document 16).

Since Plaintiffs will not have the opportunity to examine the multiple Defendants responsive pleadings prior to January 28, 2013 (the date Plaintiffs' counsel is currently scheduled to file a proposed case management order), Plaintiffs request the court to reset the Initial Case Management Conference at least two weeks after the February 18, 2013, deadline set for Defendants to file responsive pleadings.

Further, Plaintiffs have no objection to the Initial Case Management Conference being held in Nashville since it is closer for all attorneys who would be attending the Case Management Conference.

**WHEREFORE**, Plaintiffs request the court to reset the Initial Case Management Conference to a date in March 2013 for the above stated reasons.

Date: January 23, 2013.

                Respectfully submitted,
                MIKE WALKER

                /s/Mike Walker
                Mike Walker (BPR # 011175)
                Attorney for Plaintiff
                5511 Edmondson Pike; Suite 203
                Nashville, Tennessee 37211
                (615) 832-2150
                (615) 833-5394 Fax
                mike@lawmike.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Jim A. Beakes, Esq.
Counsel for Defendant Ameridose, LLC
Buttler, Snow, O'Mara, Stevens & Cannada, PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219-3422

Brigid M. Carpenter
Carrie W. McCutcheon
Counsel for Defendant Medical Sales Management, Inc. &
Individually Named Defendants
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, TN 37201

Emily T. Landry
Quinn N. Carlson
Counsel for Defendant Medical Sales Management, Inc. &
Individually Named Defendants
First Tennessee Building, 20th Floor
165 Madison Avenue
Memphis, TN 38103

This 23rd day of January, 2013.

                 /s/ Mike Walker