UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DENNIS O'BRIEN and wife, KAYE O'BRIEN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO: 2:12cv0117 |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER ("NECC"); MEDICAL SALES MANAGEMENT, INC.; AMERIDOSE, LLC; GREGORY CONIGLIARO, individually and d/b/a the above named business organizations; BARRY CADDEN, individually and d/b/a the above named business organizations; LISA CONIGLIARO CADDEN, individually and d/b/a the above named business organizations; CARLA CONIGLIARO, individually and d/b/a the above named business organizations; DOUGLAS CONIGLIARO, individually and d/b/a the above named business organizations, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## RESPONSE TO PLAINTIFFS' MOTION TO RESET INITIAL
## CASE MANAGEMENT CONFERENCE

Defendants Medical Sales Management, Inc.; Gregory Conigliaro; Barry Cadden; Lisa Conigliaro Cadden; Carla Conigliaro; and Douglas Conigliaro ("Defendants"), by and through counsel, hereby give notice that they do not oppose Plaintiffs' Motion to Reset Initial Case Management Conference (Dkt. No. 17).

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC


By: *s/ Carrie W. McCutcheon*
Brigid M. Carpenter (BPR #18134)
Carrie W. McCutcheon (BPR #24805)
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, TN 37201
(615) 726-7341
(615) 744-7341 (facsimile)
bcarpenter@bakerdonelson.com
cmccutcheon@bakerdonelson.com

Emily T. Landry (BPR #22157)
Quinn N. Carlson (BPR #25603)
First Tennessee Building, 20th Floor
165 Madison Avenue
Memphis, TN 38103
(901) 526-2000
(901) 577-2303 (facsimile)
elandry@bakerdonelson.com
qcarlson@bakerdonelson.com

*Attorneys for Defendants Barry J. Cadden, Gregory A. Conigliaro, Douglas A. Conigliaro, Lisa Conigliaro Cadden, Carla Conigliaro, and Medical Sales Management, Inc.*

Date: January 30, 2013.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

>Mike Walker, Esq.
>5511 Edmondson Pike, Suite 203
>Nashville, TN  37211
>*Attorney for Plaintiffs*
>
>James A. Beakes, Esq.
>Butler, Snow, O'Mara, Stevens & Cannada, PLLC
>1200 One Nashville Place
>150 Fourth Avenue, North
>Nashville, TN 37219-3422
>*Attorney for Ameridose, LLC*

this 30th day of January, 2013.

>*s/ Carrie W. McCutcheon*
>Carrie W. McCutcheon