UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

DAVID O'BRIEN, et al.,              )
                                     )     NO. 2:12-0117
v.                                   )     JUDGE SHARP
                                     )
NEW ENGLAND COMPOUNDING              )
PHARMACY, INC., et al.,              )
                                     )

## O R D E R

Pending before the Court is an unopposed Motion to Reset Initial Case Management Conference (Docket No. 17).

The motion is GRANTED and the initial case management conference scheduled for February 4, 2013, is hereby continued to be reset by the Magistrate Judge.

This case is hereby referred to the Magistrate Judge for case management purposes pursuant to Local Rule 16.01.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE