# EXHIBIT C

| From: | ECFnotice@mad.uscourts.gov |
|---|---|
| Sent: | Friday, February 15, 2013 4:08 PM |
| To: | CourtCopy@mad.uscourts.gov |
| Subject: | Activity in Case 1:12-cv-12052-FDS Erkan v. New England Compounding Pharmacy, Inc. et al Status Conference |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 2/15/2013 at 5:08 PM EST and filed on 2/15/2013
**Case Name:** Erkan v. New England Compounding Pharmacy, Inc. et al
**Case Number:** 1:12-cv-12052-FDS
**Filer:**
**Document Number:** 194(No document attached)

Docket Text:
ELECTRONIC Clerk's Notes for proceedings held before Judge F. Dennis Saylor, IV: Status conference held on 2/15/2013. Case called. Court reviews the status of the case, including the order from the Judicial Panel on Multidistrict Litigation providing for transfer of cases to the District. Counsel reported on developments in the litigation and in the bankruptcy court. The Court will issue an initial procedural order as to the MDL cases. The Court continued the temporary stay of discovery pending further order. The Court extended the time in which a defendant must answer or otherwise respond to the complaint to a date to be set by future order. Counsel and the Court discussed various methods of selecting lead or liaison counsel for the MDL proceeding and/or the pending class actions. The Court ruled that the process of appointing lead counsel will proceed in two stages. First, counsel may submit proposals as to how to set up a structure for counsel, (for example, with lead counsel, liaison counsel, or counsel committees) in the form of a letter to the court to be filed in the MDL proceeding, not to exceed 4 pages in length, on or before February 27, 2013. The Court will then issue an order creating such a structure, and shall set out the process by which counsel shall be selected. A further status conference is set for March 12, 2013, at 3:00 PM before Judge F. Dennis Saylor IV in Courtroom 2. (Court Reporter: Valerie OHara at vaohara@gmail.com.)(Attorneys present: Parker, Fern, Dougherty, Ciporkin, Hale, Hugo, Rabinovitz, Moriarty (Telephonic), Andrews) (Cicolini, Pietro)

1

**1:12-cv-12052-FDS Notice has been electronically mailed to:**

William R. Baldiga (Terminated) wbaldiga@brownrudnick.com, athalassinos@brownrudnick.com, cennis@brownrudnick.com, chouck@brownrudnick.com, jconte@brownrudnick.com, jgarfinkle@brownrudnick.com

Eric J. Parker ejp@parkerscheer.com

Paul Saltzman saltzman@tsd-lawfirm.com, green@tsd-lawfirm.com

Thomas G. Shapiro tshapiro@shulaw.com, amcintire@shulaw.com, kball@shulaw.com

Anthony Tarricone atarricone@kreindler.com, srusso@kreindler.com

Michael R. Gottfried mrgottfried@duanemorris.com, kaangelo@duanemorris.com, lacardente@duanemorris.com, vlweeks@duanemorris.com

Frank J. Federico, Jr ffederico@shefflaw.com

Daniel J. Murphy djm@mlgllc.com, ch@mlgllc.com

Scott J. Tucker stucker@tsd-lawfirm.com, green@tsd-lawfirm.com

Michael S. Appel docketing@srbc.com, furgang@srbc.com, leblanc@srbc.com

Thomas M. Sobol Tom@hbsslaw.com, Ed@hbsslaw.com, Kristenjp@hbsslaw.com, cameronb@hbsslaw.com, linarisc@hbsslaw.com, mikeb@hbsslaw.com

Michael R. Hugo mhugoesq@gmail.com

James W. Stoll (Terminated) jstoll@brownrudnick.com, cmatthews@brownrudnick.com, dmolton@brownrudnick.com, jconte@brownrudnick.com, jgarfinkle@brownrudnick.com, rfordon@brownrudnick.com

Marilyn T. McGoldrick mmcgoldrick@tenlaw.com

Scott H. Kremer kremer@ths-law.com

Daniel M. Rabinovitz dmr@michaelsward.com, bjh@michaelsward.com, kjl@michaelsward.com, ns@michaelsward.com

Ian N. McCallister ianmccallister@hotmail.com, imccallister@kreindler.com

Konstantine W. Kyros kon@kyroslaw.com

Heidi A. Nadel hnadel@toddweld.com, kpowers@toddweld.com

Geoffrey M. Coan (Terminated) gcoan@hinshawlaw.com, dguerrero@hinshawlaw.com

Anthony V. Agudelo agudelo@srbc.com, docketing@srbc.com

Franklin H. Levy flevy@lawson-weitzen.com, ktaylor@lawson-weitzen.com

Fabrice N. Vincent fvincent@lchb.com

Susan M. Bourque smb@parkerscheer.com

Melinda L. Thompson mthompson@toddweld.com, mgeorgakopoulos@toddweld.com

Kimberly A. Dougherty kdougherty@myadvocates.com, jbergeron@cohenandmalad.com, ksmith@myadvocates.com

Peter J. Ainsworth painsworth@meehanboyle.com, ksearles@meehanboyle.com, mashman@meehanboyle.com

Donald R. Grady dgrady@shefflaw.com, ffederico@shefflaw.com, gklehm@shefflaw.com

Ryan A. Ciporkin rciporkin@lawson-weitzen.com

David E. Meier dmeier@toddweld.com, mgeorgakopoulos@toddweld.com

Matthew E. Mantalos mantalos@tsd-lawfirm.com

Zachary A. Cunha zachary.cunha@usdoj.gov, susanne.husted@usdoj.gov

Daniel E. Tranen (Terminated) dtranen@hinshawlaw.com, dguerrero@hinshawlaw.com, gcoan@hinshawlaw.com, glee@hinshawlaw.com, hbnecc@harrisbeach.com

Kristen Johnson Parker kristenjp@hbsslaw.com

Frederick H. Fern hbnecc@harrisbeach.com

Jessica L. Conte jconte@brownrudnick.com

Joseph N. Magner jmagner@shefflaw.com

Corrina L. Hale chale@toddweld.com, pmcnicholas@toddweld.com

Jennifer Mikels jlmikels@duanemorris.com, mkatkins@duanemorris.com

Matthew P. Moriarty matthew.moriarty@tuckerellis.com

O. Mark Zamora mark@markzamora.com

Anne Andrews aa@andrewsthornton.com

David J. Molton dmolton@brownrudnick.com

**1:12-cv-12052-FDS Notice will not be electronically mailed to:**

Alan M. Winchester
Harris Beach, PLLC

3

100 Wall Street
New York, NY 10005

Douglas K. Sheff
Sheff Law Offices PC
10 Tremont Street
7th Floor
Boston, MA 02108

John Thornton
Andrews & Thornton
2 Corporate Park
Suite 110
Irvine, CA 92606

Judi Abbott Curry
Harris Beach, PLLC
100 Wall St
New York, NY 10005

Kent M. Barker
Winer & Bennett, LLP
111 Concord St
P.O. Box 488
Nashua, NH 03061

Peter G. Webb
Winer & Bennett, LLP
111 Concord St
P.O. Box 488
Nashua, NH 03061

Wendy R. Fleishman
Lieff Cabraser Heimann & Bernstein
250 Hudson Street
8th Floor
New York, NY 10013

4

Case 2:12-cv-00117   Document 21-3   Filed 02/18/13   Page 5 of 5 PageID #: 165