UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DENNIS O'BRIEN and wife, KAYE O'BRIEN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO: 2:12cv0117 ) |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER ("NECC"); MEDICAL SALES MANAGEMENT, INC.; AMERIDOSE, LLC; GREGORY CONIGLIARO, individually and d/b/a the above named business organizations; BARRY CADDEN, individually and d/b/a the above named business organizations; LISA CONIGLIARO CADDEN, individually and d/b/a the above named business organizations; CARLA CONIGLIARO, individually and d/b/a the above named business organizations; DOUGLAS CONIGLIARO, individually and d/b/a the above named business organizations, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

### DEFENDANT MEDICAL SALES MANAGEMENT, INC.'S
### MOTION TO STAY PENDING TRANSFER

Defendant Medical Sales Management, Inc. ("Defendant") moves the Court to stay all proceedings in this action and to vacate all current dates and deadlines pending transfer to the United States District Court, District of Massachusetts pursuant to the February 12, 2013 Order from the Judicial Panel on Multidistrict Litigation ("JPMDL"). In support of this Motion, Defendant adopts and incorporates those grounds included in the Motion to Stay Pending

Transfer filed by Defendants Gregory Conigliaro, Barry Cadden, Lisa Conigliaro Cadden, Carla Conigliaro, and Douglas Conigliaro on February 18, 2013.

WHEREFORE, Defendant respectfully request that this Court stay all proceedings in this action and vacate all pending dates and deadlines, pending transfer to the District of Massachusetts.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By: *s/ Brigid M. Carpenter*
Brigid M. Carpenter (BPR #18134)
Carrie W. McCutcheon (BPR #24805)
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, TN 37201
(615) 726-7341
(615) 744-7341 (facsimile)
bcarpenter@bakerdonelson.com
cmccutcheon@bakerdonelson.com

Emily T. Landry (BPR #22157)
Quinn N. Carlson (BPR #25603)
First Tennessee Building, 20th Floor
165 Madison Avenue
Memphis, TN 38103
(901) 526-2000
(901) 577-2303 (facsimile)
elandry@bakerdonelson.com
qcarlson@bakerdonelson.com

Date: February 18, 2013.

*Attorneys for Defendant Medical Sales Management, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

> Mike Walker, Esq.
> 5511 Edmondson Pike, Suite 203
> Nashville, TN 37211
>
> *Attorney for Plaintiffs*
>
> James A. Beakes, Esq.
> Butler, Snow, O'Mara, Stevens & Cannada, PLLC
> 1200 One Nashville Place
> 150 Fourth Avenue, North
> Nashville, TN 37219-3422
>
> *Attorney for Ameridose, LLC*

this 18th day of February, 2013.

*s/ Brigid M. Carpenter*
Brigid M. Carpenter
